[No. 29492-0-I.   Division One.   December 14, 1992.]

DONALD L. MONROE, *Appellant*, v. JOHN R. KAZDAL, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 88-2-08094-1, Robert E. Dixon, Anthony P.

Wartnik, and Robert S. Lasnik, JJ., entered October 6, 1989, December 5, 1990, and February 27 and April 11, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Agid, JJ.